JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Pipe Restoration Technologies LLC<br>Plaintiffs,<br>vs.<br>Nu Flow Technologies (2000) Inc et al.<br>AND RELATED COUNTERCLAIMS. | Case No. CV 05-05857 DDP (CTx)<br><br>**JUDGMENT** |
|---|---|

WHEREAS, Case No. SACV 05-1039 DDP (CTx), filed by ACE Duraflo Systems, LLC and Pipe Restoration Technologies, LLC (collectively, "Plaintiffs") against Bill Howe Plumbing, Inc., Pipe Renovations Systems, Inc. dba ACE Duraflo of San Diego, Nu Flow America, Inc., Nu Flow Technologies (2000), Inc., American Pipe Lining, Inc., William Howe, Jr., Steven Howe, and William Howe, Sr. (collectively, "Defendants"), and all counterclaims asserted therein, were consolidated for all purposes with Case No. CV 05-5857 DDP (CTx), filed by Pipe Restoration Technologies, LLC against Nu Flow Technologies (2000), Inc.

WHEREAS, Defendants made an offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as to all claims and counterclaims asserted in the two above-referenced cases, and Plaintiffs timely accepted such offer.

WHEREAS, pursuant to Rule 68, the offer of judgment and acceptance

thereof have been filed with the Court in both cases.

In light of the foregoing, JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants in Case No. SACV 05-1039 and in favor of Pipe Restoration Technologies, LLC and against Nu Flow Technologies, LLC in Case No. CV 05-5857, and Defendants are to pay Plaintiffs $238,000.00, plus post-interest in accordance with 28 U.S.C. § 1961 from the date of this Judgment until paid. Each of the Defendants identified above is jointly and severally liable for such amount.

Dated: March 25, 2008

Judge of the United States District Court